

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| SUPER DUPER INC., dba Super Duper Publications, | § § § | |
| Plaintiff, | § § | |
| vs. | § | CIVIL ACTION NO. 6:07-375-HFF |
| | § | |
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY, TRAVELERS INDEMNITY COMPANY, and TRAVELERS PROPERTY CASUALTY CO., | § § § § § | |
| Defendants. | § | |

## ORDER

On September 14, 2009, the South Carolina Supreme Court filed an opinion answering the four questions certified by the Court in the affirmative. In light of this opinion and to ensure the just, speedy, and efficient resolution of this action, **IT IS HEREBY ORDERED**:

That on or before October 15, 2009, the parties shall consult with each other in another good faith effort to resolve this action without further Court intervention in light of the South Carolina Supreme Court's opinion. Therefore, not later than Thursday, October 15, 2009, at 10:00 a.m, counsel shall 1) conference in another good faith effort to resolve this dispute and 2) file with the Court (a) a joint certification that such conference has been had and (b) a joint report as to whether or not the matter has been resolved.

**IT IS FURTHER ORDERED** that if these settlement negotiations prove unsuccessful, the parties shall submit on or before October 15, 2009, a joint proposed amended scheduling order to

the Court. That proposed order should include, among other things, a time line for the refiling of updated motions for summary judgment. Moreover, the proposed scheduling order shall have a trial deadline of no later than March 1, 2010. As this case has been pending for almost three years, it will be disposed of on or before March 20, 2010.

    Signed this 15th day of September, 2009, in Spartanburg, South Carolina.

s/ Henry F. Floyd<br>
HENRY F. FLOYD<br>
UNITED STATES DISTRICT JUDGE